# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 24, 2021

Mr. Thomas M. Gould
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242 Clifford Davis and Odell Horton Federal Building
Memphis, TN 38103

                Re:  Case No. 20-5954, *Cherry Davidson v. Arlington Community Schools Bd, et al*
                     Originating Case No. : 2:19-cv-02101

Dear Mr. Gould,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Zachary Love
                                        For Julie Connor
                                        Case Manager

cc:  Mr. James E. King Jr.
      Mr. Edward J. McKenney Jr.
      Ms. Valerie Barnes Speakman

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-5954

_____

Filed: March 24, 2021

CHERRY DAVIDSON

    Plaintiff - Appellant

v.

ARLINGTON COMMUNITY SCHOOLS BOARD OF EDUCATION; SUPERINTENDENT TAMARA MASON

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 03/01/2021 the mandate for this case hereby issues today.

COSTS:  None